United States District Court
Eastern District of New York

REC'D IN PRO SE OFFICE
APR 8 '24 PM12:29

04/08/2024
Pinnacle Security patrol, Inc
Olusegun Olomu.
Civil Acting no 24-CV-01793-PKC-PK

ORIGINAL

BROOKLYN OFFICE

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 08 2024

Response to Summons.

It was stated that pinnacle security patrol and me the Owner Olusegun Olomu willfully and blatantly violated the FLSA law. This was false and al 1 stated and I refute it again it was explain with backup emails that Pinnacle do not pay Overtime on some of the contracts that we provide Services On because most of these Contract were minimum wages Contract, we are paid most $17.00 per hour by all GC's On projects and we pay Our employee's the required amount by law, which Was $15.00 per hour. and after payroll taxes we are left with about $.50 cent after pay roll. As we explain to the Investigator's at the time. So to state that will willfully stole from the employee's regarding this Overtime pay was a false statement and character assassination. We don't steal, neither will I be adhere to something that is against the law.


ORIGINAL

It was imply in the Summon that Pinnacle Security was stealing from their employees, this is not true, and its against what we stand for as a Pinnacle Company and as Individual. We corporated fully with the Investigation and most of statement from this Summon was wrong, and a mire misrepresentation of the fact.

We are made to Understand that, after the Investigation it was determine that we should have hire more guards, instead of giving too many hours to each Individuals, at the time, we are doing this guards a morally favor because. 40 hours was not enough and we paid them the required pay. So to characterized our good gesture as stealing is absord and Unfair. We do not paid this guards less than the required amount. We received $17.00 per hour from Contractors, and we paid guards $15.00 per hour. Our profit margin was less than 4.50 Cent after payroll. So paying overtime at this time will be $23 per hour and our Contract payment was $17.00. So for the Summon to state that we stole, from our employees, that was ridiculous.

Olusegun Olonju